# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Bankruptcy Petition #: 07-40130
Internal Use Only

*Assigned to:* Judge Leslie J. Tchaikovsky
Chapter 7
Involuntary
No asset

*Date Filed:* 01/12/2007

*Debtor*
**Compass West Fund L.P.**
6122 Acacia Avenue
Oakland, CA 94618
Tax id: 00-0000000

represented by **Compass West Fund L.P.**
PRO SE

*Petitioning Creditor*
**Roosevelt Fund, L.P.**, *Petitioner*
c/o KS Global Advisors, Inc.
336 Bon Air Center
#364
Greenbrae, CA 94904
U.S.A.
*fka*
**A.A.G. Roosevelt Fund, L.P.**
*fka*
**Anira Advisory Group Roosevelt Fund, L.P.**

represented by **James S. Monroe**
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email: jmonroe@nixonpeabody.com

*Trustee*
**Lois I. Brady**
P.O. Box 12754
Oakland, CA 94604
(510) 452-4200

represented by **Reidun Stromsheim**
Law Offices of Stromsheim and Assoc.
201 California St. #350
San Francisco, CA 94111
(415) 989-4100
Email: rstromsheim@stromsheim.com

*U.S. Trustee*
**Office of the U.S. Trustee /Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

represented by **Laurent Chen**
Office of the US Trustee
1301 Clay St.
Oakland, CA 94612
510-637-3200
Email: Laurent.Chen@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 01/12/2007 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) Roosevelt Fund, L.P. (attorney James S. Monroe) (Monroe, James) (Entered: 01/12/2007) |
| 01/12/2007 | 2 | Summons Not Executed on Compass West Fund L.P. Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 1/16/2007 WRONG EVENT CODE USED.(vmb, ). (Entered: 01/12/2007) |
| 01/12/2007 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-40130) [misc,invol7] ( 299.00). Receipt number 3908651, amount $ 299.00 (U.S. Treasury) (Entered: 01/12/2007) |
| 01/16/2007 | | **ERROR** WRONG EVENT CODE USED. FOR FUTURE REFERENCE USE INVOLUNTARY SUMMONS SERVICE UNEXECUTED. NO FURTHER ACTION IS REQUIRED AT THIS TIME (RE: related document(s) 2 Involuntary Summons Service Unexecuted). (vmb, ) (Entered: 01/16/2007) |

| | | |
|---|---|---|
| 01/17/2007 | 3 | Involuntary Summons Issued on Compass West Fund L.P. . (vmb, ) (Entered: 01/17/2007) |
| 02/05/2007 | 4 | Summons Service Executed in an Involuntary Case on Compass West Fund L.P. 1/22/2007, Answer Due 2/12/2007 Filed by Roosevelt Fund, L.P. (Monroe, James) (Entered: 02/05/2007) |
| 02/20/2007 | 5 | Order for Relief In An Involuntary Case Under A Chapter 7. . Order Meeting of Creditors due by 2/27/2007. (lb, ) (Entered: 02/21/2007) |
| 02/22/2007 | 6 | Stipulation to Extend Time *to respond to involuntary petition* Filed by Partner Edward Sewon Ehee (RE: related document(s)1 Involuntary Petition (Chapter 7) filed by Petitioning Creditor Roosevelt Fund, L.P., Debtor Compass West Fund L.P., 4 Involuntary Summons Service Executed filed by Petitioning Creditor Roosevelt Fund, L.P.). (Wood, James) (Entered: 02/22/2007) |
| 02/22/2007 | 7 | Order and Notice Regarding Failure of the Debtor(s) to File Schedules, Statements, or Other Required Documents . Non-Compliance (Documents) due by 3/12/2007 (lb, ) (Entered: 02/22/2007) |
| 02/22/2007 | 8 | Certificate of Service (RE: related document(s)6 Stipulation to Extend Time, ). (Wood, James) (Entered: 02/22/2007) |
| 02/23/2007 | 9 | BNC Certificate of Mailing (RE: related document(s)5 Order for Relief (Ch.7)). Service Date 02/23/2007. (Admin.) (Entered: 02/23/2007) |
| 02/24/2007 | 10 | BNC Certificate of Mailing (RE: related document(s)7 Order to File Missing Documents). Service Date 02/24/2007. (Admin.) (Entered: 02/24/2007) |
| 03/22/2007 |  | Meeting of Creditors . 341(a) meeting to be held on 4/17/2007 at 11:00 AM Oakland U.S. Trustee Office (jkw, ) (Entered: 03/22/2007) |
| 03/22/2007 | 11 | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) . (jkw, ) (Entered: 03/22/2007) |
| 03/22/2007 | 12 | **COURT ENTRY**CHAMBERS IS REVIEWING (RE: related document(s)7 Order to File Missing Documents, 5 Order for Relief (Ch.7), 1 Involuntary Petition (Chapter 7)). (jkw, ) (Entered: 03/22/2007) |
| 03/24/2007 | 13 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)11 Generate 341 Notices). Service Date 03/24/2007. (Admin.) (Entered: 03/24/2007) |
| 04/05/2007 | 14 | Order Transferring Case From Judge Newsome to Judge Tchiakovsky. (lb, ) Modified on 4/5/2007 NO COURT SERVICE LIST WAS ATTACHED.(lb, ). (Entered: 04/05/2007) |
| 04/05/2007 |  | Judge Leslie J. Tchaikovsky added to case . (lb, ) (Entered: 04/05/2007) |
| 04/07/2007 | 15 | BNC Certificate of Mailing (RE: related document(s)14 Order). Service Date 04/07/2007. (Admin.) (Entered: 04/07/2007) |
| 04/09/2007 | 16 | Motion for Joint Administration *and Request for a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 17 | Notice of Hearing *on Roosevelt Fund, L.P.'s Motion for Joint Administration* (RE: related document(s)16 Motion for Joint Administration *and Request for a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). Hearing scheduled for 5/3/2007 at 03:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |

| Date | Doc # | Description |
|---|---|---|
| 04/09/2007 | 18 | Memorandum of Points and Authorities in of *Motion for Joint Administration and Request for a Status Conference* (RE: related document(s)16 Motion for Joint Administration). Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 19 | Request To Take Judicial Notice *in Support of Motion for Joint Administration and Request for a Status Conference* (RE: related document(s)16 Motion for Joint Administration). Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 20 | Certificate of Service (RE: related document(s)16 Motion for Joint Administration). (Monroe, James) (Entered: 04/09/2007) |
| 04/17/2007 | | Debtor (s) DID NOT Appear. Next Meeting of Creditors to be Held on 5/15/2007 at 11:00 AM at Oakland U.S. Trustee Office. Section 341 Meeting of Creditors held on 04/17/07. Tape Number: 18. Notes: (Brady, Lois) (Entered: 04/17/2007) |
| 04/18/2007 | 21 | Notice of Order (RE: related document(s) Debtor (s) DID NOT Appear. Debtor did not appear). (lb, ) (Entered: 04/18/2007) |
| 04/19/2007 | 22 | Application to Employ Stromsheim & Associates as Counsel *by Trustee* Filed by Trustee Lois I. Brady (Attachments: # 1 Certificate of Service) (Stromsheim, Reidun) (Entered: 04/19/2007) |
| 04/19/2007 | 23 | Declaration of Reidun Stromsheim in support of (RE: related document(s)22 Application to Employ). Filed by Trustee Lois I. Brady (Stromsheim, Reidun) (Entered: 04/19/2007) |
| 04/20/2007 | 24 | BNC Certificate of Mailing - Order to Appear and Notice of Intent to Dismiss. (RE: related document(s)21 Notice of Order). Service Date 04/20/2007. (Admin.) (Entered: 04/20/2007) |
| 04/25/2007 | 25 | Brief/Memorandum in Opposition to *Motion for Joint Administration* (RE: related document(s)16 Motion for Joint Administration). Filed by U.S. Trustee Office of the U.S. Trustee /Oak (Attachments: # 1 Certificate of Service) (Chen, Laurent) (Entered: 04/25/2007) |
| 04/26/2007 | 26 | Brief/Memorandum in Opposition to *motion for joint administration* (RE: related document(s)16 Motion for Joint Administration). Filed by Partner Edward Sewon Ehee (Wood, James) (Entered: 04/26/2007) |
| 04/26/2007 | 27 | Brief/Memorandum in Opposition to *request to take judicial notice* (RE: related document(s)19 Request To Take Judicial Notice, ). Filed by Partner Edward Sewon Ehee (Wood, James) (Entered: 04/26/2007) |
| 04/26/2007 | 28 | Certificate of Service (RE: related document(s)26 Opposition Brief/Memorandum, 27 Opposition Brief/Memorandum). (Wood, James) (Entered: 04/26/2007) |
| 04/26/2007 | 29 | Order Granting Application to Employ Attorney Reidun Stromsheim for Lois I. Brady Added to the Case (Related Doc # 22) (jaw, ) (Entered: 04/26/2007) |
| 04/28/2007 | 30 | BNC Certificate of Mailing (RE: related document(s)29 Order on Application to Employ). Service Date 04/28/2007. (Admin.) (Entered: 04/28/2007) |
| 04/30/2007 | 31 | Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P.; Memorandum of Points and Authorites Fee Amount $150. Filed by Creditor Securities And Exchange Commission (jkw, ) Modified on 5/9/2007 FEDERAL GOVERNMENT ENTITY, THEREFORE THE $150 FEE IS WAIVED.(jkw, ). (Entered: 05/03/2007) |
| 04/30/2007 | 32 | Declaration of Xavier Carlos in Support of Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P. (RE: related document(s)31 Motion for Withdrawal of Reference). Filed by Creditor Securities |

| | | |
|---|---|---|
| | | And Exchange Commission (jkw, ) (Entered: 05/03/2007) |
| 04/30/2007 | 33 | Notice of Pendency of Other Action or Proceeding (RE: related document(s)31 Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P.; Memorandum of Points and Authorites Fee Amount $150. Filed by Creditor Securities And Exchange Commission (jkw, )). Filed by Creditor Securities And Exchange Commission (jkw, ) (Entered: 05/03/2007) |
| 04/30/2007 | 34 | Certificate of Service (RE: related document(s)31 Motion for Withdrawal of Reference, 33 Notice, 32 Declaration). Filed by Creditor Securities And Exchange Commission (jkw, ) (Entered: 05/03/2007) |
| 05/01/2007 | | Deadlines terminated RE: Non-Compliance (Documents) . . (lb, ) (Entered: 05/01/2007) |
| 05/03/2007 | | MINUTES: HEARING HELD ON 5/3/07 AT 3:00 P.M.. APPEARING: RICHARD PEDONE - FOR ROOSEVELT FUND, PETITIONING CREDITOR, JAMES WOOD (BY TEL.) - FOR DEBTOR EDWARD EHEE, REIDUN STROMSHEIM - FOR CH.7 TRUSTEE IN THE COMPASS WEST FUND CASE, LAURENT CHEN - FOR U.S. TRUSTEE. 1) THE SECURITIES AND EXCHANGE COMMISSION HAS FILED A MOTION TO WITHDRAW THE REFERENCE TO DISTRICT COURT. 2) HEARING CONTINUED TO 6/7/07 AT 3:00 P.M. PENDING THE OUTCOME OF THE MOTION. IF THE HEARING IN DISTRICT COURT IS SET FOR A DATE AFTER 6/7/07, PARTIES MAY CONTACT THE CALENDAR CLERK TO RESCHEDULE THE 6/7/07 HEARING. (RE: related document(s)16 Motion for Joint Administration *and Request for a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). Hearing to be held on 6/7/2007 at 3:00 PM Oakland Room 201 - Tchaikovsky for 16, (hb, ) (Entered: 05/04/2007) |
| 05/04/2007 | 35 | Document: Transmittal Letter to District Court. (RE: related document(s)31 Motion for Withdrawal of Reference, 33 Notice, 34 Certificate of Service, 32 Declaration). (jkw, ) (Entered: 05/04/2007) |
| 05/15/2007 | | 341 Meeting of Creditors Held Section 341 Meeting of Creditors held on 5/15/07. Tape Number: 30. Notes: (Brady, Lois) (Entered: 05/15/2007) |
| 05/30/2007 | 36 | Document: Plainitff Securities and Exchange Commission's Notification of Hearing Date and Briefing Schedule for Motion to Withdraw Bankruptcy Reference ( District Court C-06-6966SI) . (pw, ) (Entered: 06/01/2007) |
| 06/07/2007 | 37 | **COURT ENTRY** OBJECTION TO MOTION TO WITHDRAW REFERENCE AND CERTIFICATE OF SERVICE THEREON FILED IN BANKRUPTCY COURT. MAILED TO DISTRICT COURT 6/12/07 (RE: related document(s)31 Motion for Withdrawal of Reference Fee Amount $150.). (Attachments: # 1 Certificate of Service) (pw, ) (Entered: 06/12/2007) |
| 06/22/2007 | 39 | District Court's Order Granging SEC's Motion to Withdraw Bankruptcy References. (RE: related document(s)31 Motion for Withdrawal of Reference, 36 Document, 35 Document). (jkw, ) (Entered: 07/20/2007) |
| 07/05/2007 | 38 | MINUTES: HEARING DROPPED ON 7/5/07 AT 3:00 P.M.. NO APPEARANCES. MATTER WAS TAKEN OFF CALENDAR PRIOR TO THE HEARING. DISTRICT COURT HAS WITHDRAWN BANKRUPTCY REFERENCES. (RE: related document(s)16 Motion for Joint Administration *and Request for a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). (hb, ) (Entered: 07/05/2007) |