Entered on Docket
February 21, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: February 20, 2007**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re Compass West Fund L.P.,  )
                               )
              Debtor.          )    Case No. 07-40130
                               )    Chapter 7
_____)

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on January 12, 2007 against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

**IT IS SO ORDERED**.

\*\*END OF ORDER\*\*

1  COURT SERVICE LIST
2  All Participants
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28