1 | James D. Wood, St. Bar. No. 106936
Attorney at Law
2 | 3675 Mount Diablo Boulevard, Suite 250
Lafayette, California  94549-3775
3 | Tel. (925) 284-9663
Fax. (925) 283-9663
4 |
Attorney for Edward S. Ehee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 07-40130N |
|---|---|
| COMPASS WEST FUND, L.P., | (Involuntary Chapter 7) |
| Debtor. | STIPULATION FOR EXTENTION OF DEADLINE TO RESPOND TO INVOLUNTARY PETITION |
| | 11 U.S.C. §303; Fed.R.Bankr.P. 1011(b) and 9006(b)(1); Local Bankruptcy Rule 9006-1(b) |
| | [No Hearing Set] |

EDWARD SEWTON EHEE, ("Ehee") on the one hand and petitioning creditor, ROOSEVELT FUND, L.P. ("Roosevelt"), on the other hand stipulate as follows:

**RECITALS**

A.     Roosevelt, as sole petitioner, filed an involuntary petition for relief under Chapter 7 of Title 11 U.S.C. against the Debtor in the above-captioned court on January 12, 2007 (the "Petition"), commencing the above-captioned case.  Ehee is a party in interest with respect to the above-captioned case.

B.     No order for relief has been entered.  No other petitioners have joined the Petition.

C. Ehee has advised Roosevelt through their respective counsel that Ehee requires additional time to determine whether and how to respond to the Petition, in part due to Ehee's recent engagement of his undersigned counsel, and in part, due to his counsel's projected schedule.

D. Roosevelt has advised Ehee through their respective counsel that it is willing to agree to an extension of time to respond to the involuntary petition, but that notwithstanding such extension, it intends to immediately purse one or more examinations of various third parties under Fed.R.Bankr.P. 2004 or other applicable rules.

NOW THEREFORE, the parties stipulate as follows:

**STIPULATED TERMS**

1. Pursuant to Fed.R.Bankr.P. 1011(b) and 9006(b)(1) and Local Bankruptcy Rule 9006-1(b), the deadline to serve and file a response to the involuntary petition commencing the above-captioned bankruptcy case is extended to and including February 28, 2007.

2. The foregoing extension is without prejudice to Roosevelt's right to request the immediate issuance of orders for Rule 2004 examinations or any other relief in the above-captioned case. The foregoing extension is without prejudice to Ehee's right to oppose any such request or take any other action for any reason.

DATED: February 22, 2007    /s/ James D. Wood
James D. Wood
Attorney for EDWARD S. EHEE

NIXON PEABODY, LLP

DATED: February 16, 2007    /s/ James S. Monroe
By: James S. Monroe
Attorneys for ROOSEVELT FUND, L.P.

StipExtendAnswer070213_01.doc 2/22/07 JDW

STIP. FOR EXTENSION OF DEADLINE TO RESPOND TO    -2-
INVOL. PET., Case No. 07-40130N