Entered on Docket
February 21, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: February 20, 2007**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re  Compass West Fund L.P.,           )
                                         )
                                         )    Case No. 07-40130
            Debtor.                      )    Chapter 7
                                         )
_____)

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**

On consideration of the petition filed on January 12, 2007 against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

**IT IS SO ORDERED**.

\*\*END OF ORDER\*\*

COURT SERVICE LIST

All Participants

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4           User: lblue              Page 1 of 1              Date Rcvd: Feb 21, 2007
Case: 07-40130                 Form ID: pdfeoc          Total Served: 3


The following entities were served by first class mail on Feb 23, 2007.
db          +Compass West Fund L.P.,    6122 Acacia Avenue,    Oakland, CA 94618-1819
            +Lois I. Brady,    P.O. Box 12754,    Oakland, CA 94604-2754
ptcrd       +Roosevelt Fund, L.P.,    c/o KS Global Advisors, Inc.,    336 Bon Air Center,    #364,
              Greenbrae, CA 94904-3017,    U.S.A.

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2007**                              Signature:     _Joseph Speetjens_