Form OFFbus

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: Compass West Fund L.P. | Case No.: 07–40130 RN 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

**ORDER TO FILE REQUIRED DOCUMENTS**

The debtor(s) named above failed to file the documents listed below.

- ☐ List of Creditors
- ☒ List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4)
- ☒ Summary of Schedules (Official Form 6)
- ☒ Schedule A – Real Property (Official Form 6)
- ☒ Schedule B – Personal Property (Official Form 6)
- ☒ Schedule C – Property of Claimed as Exempt (Official Form 6)
- ☒ Schedule D – Creditors Holding Secured Claims (Official Form 6)
- ☒ Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 6)
- ☒ Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
- ☒ Schedule G – Executory Contracts and Unexpired Leases (Official Form 6)
- ☒ Schedule H – Codebtors (Official Form 6)
- ☐ Schedule I – Current Income of Individual Debtor(s) (Official Form 6)
- ☐ Schedule J – Current Expenditures of Individual Debtor(s) (Official Form 6)
- ☒ Declaration Concerning Debtor's Schedules (Official Form 6)
- ☒ Statement of Financial Affairs (Official Form 7)
- ☒ Statement of Current Monthly Income (Form B22B)
- ☐ Chapter 12 Plan (90 day deadline)
- ☐

IT IS HEREBY ORDERED that unless within 15 DAYS OF THE DATE OF THIS ORDER, the debtor(s) either: (a) files the documents listed above; (b) files a written request to extend the time to do so; or (c) files a written request for an order excusing the filing of the documents, the court MAY DISMISS this case without further notice or hearing.

Dated: 2/22/07

By the Court:

Randall J. Newsome
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4          User: lblue              Page 1 of 1              Date Rcvd: Feb 22, 2007
Case: 07-40130                Form ID: OFFBUS          Total Served: 1

The following entities were served by first class mail on Feb 24, 2007.
db           +Compass West Fund L.P.,   6122 Acacia Avenue,    Oakland, CA 94618-1819

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2007**          Signature:   *Joseph Speetjens*