**FORM B9B** (Chapter 7 Corporation/Partnership No Asset Case) (10/05)     Case Number **07−40130 RN 7**

# UNITED STATES BANKRUPTCY COURT
Northern District of California (Oakland)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 1/12/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Compass West Fund L.P.
6122 Acacia Avenue
Oakland, CA 94618

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 07−40130 | 00−0000000 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Compass West Fund L.P. | Lois I. Brady |
| 6122 Acacia Avenue | P.O. Box 12754 |
| Oakland, CA 94618 | Oakland, CA 94604 |
| Telephone number: | Telephone number: (510) 452−4200 |

### Meeting of Creditors

Date: **April 17, 2007**     Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 1300 Clay Street #300 (94612) | Clerk of the Bankruptcy Court: |
| Post Office Box 2070 | Gloria L. Franklin |
| Oakland, CA 94604−2070 | |
| Telephone number: 510−879−3600 | |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 3/22/07 |

**EXPLANATIONS**  FORM B9B (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

INVOLUNTARY 7

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4              User: jkrakue              Page 1 of 1              Date Rcvd: Mar 22, 2007
Case: 07-40130                    Form ID: B9B               Total Served: 12


The following entities were served by first class mail on Mar 24, 2007.
db          +Compass West Fund L.P.,   6122 Acacia Avenue,   Oakland, CA 94618-1819
aty          James D. Wood,   Law Offices of James D. Wood,   3675 Mt. Diablo Blvd. #250,
               Lafayette, CA 94549-3775
aty          James S. Monroe,   Law Offices of Nixon Peabody,   2 Embarcadero Center #2700,
               San Francisco, CA 94111-3996
tr          +Lois I. Brady,   P.O. Box 12754,   Oakland, CA 94604-2754
smg          CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
               Sacramento, CA 94280-0001
smg         +Labor Commissioner,   1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg         +State Board of Equalization,   Collection Dept.,   P.O. Box 942879,   Sacramento, CA 94279-0001
ust         +Office of the U.S. Trustee /Oak,   Office of the U.S. Trustee,   1301 Clay St. #690N,
               Oakland, CA 94612-5231
ptnr        +Edward Sewon Ehee,   6122 Acacia Avenue,   Oakland, CA 94618-1819,   U.S.A.
ptcrd       +Roosevelt Fund, L.P.,   c/o KS Global Advisors, Inc.,   336 Bon Air Center,   #364,
               Greenbrae, CA 94904-3017,   U.S.A.
8725343     +Roosevelt Fund, L.P., Petitioner,   c/o KS Global Advisors, Inc.,   336 Bon Air Center, #364,
               Greenbrae, CA 94904-3017

The following entities were served by electronic transmission on Mar 23, 2007.
tr          +EDI: QLIBRADY.COM Mar 23 2007 01:28:00     Lois I. Brady,   P.O. Box 12754,
               Oakland, CA 94604-2754
smg          EDI: CALTAX.COM Mar 23 2007 01:28:00     CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,   P.O. Box 2952,   Sacramento, CA 95812-2952
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 24, 2007**          Signature:   *Joseph Speetjens*