1   James S. Monroe, Esq. (SBN 102328)
    NIXON PEABODY LLP
2   One Embarcadero Center, Suite 1800
    San Francisco, CA 94111-3996
3   Telephone: (415) 984-8200
    Facsimile: (415) 984-8300
4   E-mail: jmonroe@nixonpeabody.com

5   Attorneys for Creditor, Roosevelt Fund, L.P.

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  | In re:                              | Case No. 07-40126
                                          | Chapter 7
12  | EDWARD SEWON EHEE,                   |
                                          |
13  |                     Debtor.         |

14  | In re:                              | Case No. 07-40129
                                          | Chapter 7
15  | COMPASS FUND MANAGEMENT,             |
                                          |
16  |                     Debtor.         |

17  | In re:                              | Case No. 07-40130
                                          | Chapter 7
18  | COMPASS WEST FUND L.P.,              |
19                                        | **MOTION FOR JOINT ADMINISTRATION
    | Debtor.                             | AND REQUEST FOR A STATUS
20                                        | CONFERENCE**
                                          |
21                                        | Date: May 3, 2007
                                          | Time: 3:00 p.m.
22                                        | Place: Courtroom 201
                                          | Judge: Hon. Leslie J. Tchaikovsky
23

24  TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

25      Roosevelt Fund, L.P. ("Roosevelt Fund")[1] by and through its counsel, Nixon Peabody LLP,

26  _____

27  [1]      Roosevelt Fund, L.P. was previously known as A.A.G. Roosevelt Fund, L.P. and its official corporate name was previously Anira Advisory Group Roosevelt Fund, L.P.

28

MOTION FOR JOINT ADMINISTRATION OF CASES                                    10512528.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

hereby files its motion (the "Motion") for entry of an order, substantially in the form attached hereto as Exhibit A, directing the joint administration of the above captioned chapter 7 cases and ordering a status conference to be held on May 3, 2007, or the Court's earliest convenience.

The ground for this motion is that entry of an order directing the joint administration of these chapter 7 cases will avoid duplicative notices, applications, and orders, thereby saving the Debtors and their creditors considerable time and expense. The Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these chapter cases by a single chapter 7 trustee will be simplified.

Roosevelt Fund's motion will be based on this Motion, the accompanying Notice of Motion, and the Memorandum of Points and Authorities in Support.

Dated: April 9, 2007                                  Respectfully submitted,

                                                     NIXON PEABODY LLP


                                                     By:  /s/ James S. Monroe
                                                         James S. Monroe, Esq.
                                                         Attorneys for Creditor,
                                                         Roosevelt Fund, L.P.

MOTION FOR JOINT ADMINISTRATION OF CASES            -2-                              10512528.1

# EXHIBIT A

1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Attorneys for Creditor, Roosevelt Fund, L.P.

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  In re:                              Case No. 07-40126

12  EDWARD SEWON EHEE, et al.,          Jointly Administered

13               Debtors.              Chapter 7

14                                      **[PROPOSED] ORDER ON MOTION FOR
                                        JOINT ADMINISTRATION AND
15                                      REQUEST FOR A STATUS CONFERENCE**
                                        Date: May 3, 2007
16                                      Time: 3:00 p.m.
                                        Place: Courtroom 201
17                                      Judge: Hon. Leslie J. Tchaikovsky

18

19        Upon the motion ("Motion")[1] of Roosevelt Fund, L.P. ("Roosevelt Fund")[2] for entry of an

20  order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

21  Rules") for an order directing the joint administration of the Chapter 7 Cases; it appearing that the

22  relief requested is in the best interests of the Debtors' estates, their creditors and other parties in

23  interest; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 175 and

24  1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2); it

25  _____

26  [1] Capitalized terms used but not otherwise defined shall have the meanings set forth in the Motion.

27  [2] Roosevelt Fund, L.P. was previously known as A.A.G. Roosevelt Fund, L.P. and its official
    corporate name was previously Anira Advisory Group Roosevelt Fund, L.P.
28

PROPOSED ORDER GRANTING MOTION FOR JOINT
ADMINISTRATION OF CASES                                                            10512595.1

appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28

U.S.C. §§ 1408 and 1409; notice of this Motion and the opportunity for a hearing on this Motion was

appropriate under the particular circumstances and that no other or further notice need be given; and

after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1.      The Motion is granted in its entirety.

2.      Pursuant to Rule 1015(b) of the Bankruptcy Rules, the above captioned Chapter 7

Cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise

affecting the substantive consolidation of any of the above captioned chapter 7 cases.

4.      The caption of the jointly administered cases shall read as follows:

| In re:<br><br>EDWARD SEWON EHEE, et al.,<br><br>          Debtors. | Case No. 07-40126<br><br>Jointly Administered<br><br>Chapter 7 |
| --- | --- |

5.      That a docket entry shall be made in each of the above-captioned cases substantially as

follows:

"An order has been entered in this case directing the procedural consolidation and
joint administration of this chapter 7 case.  The docket in Case No. 07-40126
should be consulted for all matters affecting these cases."

6.      The terms and conditions of this Order shall be immediately effective and enforceable

upon its entry.

7.      To the extent that any affiliates of the Debtors subsequently are subject to a chapter 7

proceeding, the relief granted pursuant to this Order shall apply to such debtors and their respective

estates.

8.      A status conference will be held at the U.S. Bankruptcy Court for the Northern District

Of California (San Francisco Division), 235 Pine Street, 19th Floor, San Francisco, CA 94104,

Courtroom No. __, on May __, 2007 at __:__ a.m.

9.    The requirement set forth in Rule 9013-1 of the Local Bankruptcy Rules for the Northern District of California that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

10.    The Court retains jurisdiction with respect to all matter arising from or related to the implementation of this Order.

* * END OF ORDER * *

PROPOSED ORDER GRANTING MOTION FOR JOINT
ADMINISTRATION OF CASES                    -3-                    10512595.1