REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:                (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
LOIS I. BRADY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.  07-40130 TD |
|---|---|
| COMPASS WEST FUND, L.P. | Chapter 7 |
| Debtor | |

APPLICATION TO EMPLOY COUNSEL BY TRUSTEE

TO THE HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY JUDGE:

LOIS I. BRADY ("Trustee"), trustee of the above referenced bankruptcy estate, respectfully requests an order authorizing the employment of counsel and, in support thereof, represents as follows:

1. An Order for relief under Chapter 7 of Title 11 of the United States Code was entered herein on February 22, 2007, pursuant to an involuntary petition filed against the Debtor on January 12, 2007, and Lois I. Brady is the duly appointed, qualified and acting trustee of the Debtor's estate.

2. The Trustee requires the legal services of counsel to assist her in the administration of this case with respect to the following matters, which, given that the Debtor has not prepared and filed schedules and statement of affairs, represent only an educated estimate of the services that will be required:

(a) To seize the Debtor's books and records,

1         (b)     To compel Debtor to file schedules and statements of affairs, and/or assist
2                   in the preparation of the same;
3         ( c)    To investigate relationship with related companies and individuals;
4         (d)    To investigate and if warranted, pursue voidable transfers;
5         (e)     To investigate pending lawsuits against the Debtor  and
6         (f)     To perform such other services for Applicant relevant to this case as shall
7                   be necessary and appropriate.

8     3.     The Trustee has conferred with and desires to retain and employ Stromsheim &
9 Associates as her attorneys to perform the above described services which may be necessary and
10 desirable in the administration of the Debtor's estate.  The law firm is employed on an hourly basis
11 with reasonable compensation to be paid as allowed by the Court after notice and hearing. The
12 current hourly rates are set forth on the attached Exhibit "A", and the law firm is to be reimbursed
13 for expenses it incurs in representing the Trustee. The firm's billing rates are subject to change
14 from time to time as circumstances warrant.

15     4.     The firm has agreed that for the potential avoidance claims pursued under
16 Bankruptcy Code § 544 through 551, whether or not a lawsuit is filed, the firm is willing to accept
17 employment on a contingency fee basis. The terms of the contingency agreement are as follows:
18     The fee for the pursuit of the avoidance action shall be 1/3 of the recovery, plus
19     reimbursement of all actual and necessary costs incurred in the investigation of, and
20     pursuit of the claim; however, in the event that a lawsuit is filed and settled within eight
21     days of the trial date, the contingency shall be 40% of the recovery, and in the event that
22     the lawsuit goes to trial, the contingency shall be 45% of the recovery.

23     No investigation has been undertaken by the attorneys at this point, no contact has been
24 made by the attorneys with any transferees or the Debtor; the trustee is currently not aware of any
25 voidable transfers, and there are no funds in the estate.

26     The attorneys have agreed to be employed on a contingency basis in all cases of this
27 Trustee where there are the type of possible claims as  indicated above. The attorneys will not
28 selectively chose one case for contingency fees, and another on an hourly basis, and the attorneys

1 will keep contemporaneous time records for all types of services, including those that are
2 contingency fee based.
3   Any other legal services that will be necessary in the case shall be compensated on an
4 hourly basis.
5   5. The Trustee has selected the law firm because of the extensive experience and
6 knowledge of its members in the field of bankruptcy, insolvency and debtor's and creditor rights
7 and believes that the law firm is well qualified to represent her in the case.
8   6. To the best of the Trustee's knowledge, the members and associates of Stromsheim
9 & Associates do not have any connection with the Trustee, the Debtor, its creditors, any other
10 party in interest, their respective attorneys and accountants, the United States Trustee, or any
11 person employed in the office of the United States Trustee, and represent no interest adverse to the
12 estate in matters upon which it is to be retained.
13   WHEREFORE, the Trustee requests the entry of an order authorizing her to employ
14 Stromsheim & Associates at the expense of the estate, to represent her in this Chapter 7 case.
15 DATED: This 18th day of April, 2007.

By_____/s_____Lois I. Brady
Trustee in In re Compass West Fund, L.P.

**CURRENT BILLING RATES**

| Attorney | Rate |
|---|---|
| Reidun Stromsheim | $475 |
| Joanne M. LaFreniere | $350 |
| Elizabeth A. Murphy | $310 |
| Kristina E. Pollak | $190 |

**Of Counsel**

| | |
|---|---|
| Linda Sorensen | $455 |