REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:                (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
LOIS I. BRADY

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.  07-40130 TD |
| COMPASS WEST FUND, L.P. | Chapter 7 |
| Debtor | |

### **CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111.  On this day I caused to be served the document(s) listed below:

**1.     APPLICATION TO EMPLOY COUNSEL BY TRUSTEE**

**2.     DECLARATION OF PROPOSED COUNSEL**

**3.     [PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF COUNSEL BY TRUSTEE**

on the following parties:

Compass West Fund L.P.
6122 Acacia Avenue
Oakland, CA  94618

U.S. Trustee
1301 Clay Street, # 690N
Oakland, CA  94690

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on April 19, 2007.

    /s/   Malreen Prasad
Malreen Prasad
Legal Assistant