# CERTIFICATE OF SERVICE

In re:  Compass West Fund L.P.
Case No: 07-40130 T

I, Anna Lee, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612.

On April 25, 2007, I served, by mail a copy of the following document(s):

**Limited Opposition of the United States Trustee to Motion for Joint Administration and Request for Status Conference**

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

**Debtor:**
Compass West Fund L.P.
6122 Acacia Avenue
Oakland, CA 94618

**Chapter 7 Trustee**
Lois I. Brady
P.O. Box 12754
Oakland, CA 94604

**Petitioning Creditor**
Roosevelt Fund, L.P., Petitioner
c/o KS Global Advisors, Inc.
336 Bon Air Center, #364
Greenbrae, CA 94904

**Attorney for Chapter 7 Trustee**
Reidun Stromsheim
Law Offices of Stromsheim and Assoc.
201 California St. #350
San Francisco, CA 94111

**Attorney for Petitioning Creditor**
James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on:   April 25, 2007                                             Anna Lee
                                                                          Anna Lee

Certificate of Service