Entered on Docket
April 26, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone:   (415) 989-4100
Fax:              (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
LOIS I. BRADY

Signed: April 26, 2007

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>COMPASS WEST FUND, L.P.<br><br>     Debtor | Case No. 07-40130 TD<br><br>Chapter 7 |

ORDER AUTHORIZING EMPLOYMENT OF COUNSEL BY TRUSTEE

The application of Lois I. Brady, Trustee of the above debtor estate, praying for the appointment of counsel herein, for the purposes more particularly set forth in the application having been presented ex parte, no adverse interest appearing, and it appearing that the matters and the things set forth in the application are true, and the Court being satisfied that the attorneys whom applicant desires to have appointed, Stromsheim & Associates, are disinterested and do not hold or represent an interest adverse to the estate, and good cause appearing, therefor

IT IS HEREBY ORDERED that the application for appointment of counsel for the Trustee is approved and the law firm of Stromsheim & Associates is, and they are hereby, appointed as counsel for the Trustee on the terms set forth in the application, for the performance of the particular professional services described in the application, and to perform such other legal services as may be required during the progression of the case.

**END OF ORDER**

COURT SERVICE LIST

1

2  Compass West Fund L.P.
   6122 Acacia Avenue
3  Oakland, CA 94618

4  U.S. Trustee
   1301 Clay Street # 690N
5  Oakland, CA 94690

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4          User: jwakerlin          Page 1 of 1              Date Rcvd: Apr 26, 2007
Case: 07-40130                Form ID: pdfeoc          Total Served: 1

The following entities were served by first class mail on Apr 28, 2007.
db           +Compass West Fund L.P.,   6122 Acacia Avenue,   Oakland, CA 94618-1819

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2007**          Signature:    *Joseph Speetjens*