1  REIDUN STROMSHEIM #104938
   STROMSHEIM& ASSOCIATES
2  201 California St, Suite 350
   San Francisco, CA 94111
3  Telephone: (415)989-4100
   Fax: (415)989-2235
4  E-Mail: rstromsheim@stromsheim.com
5
   Attorneys for Lois I. Brady, Trustee
6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  SECURITIES AND EXCHANGE              Case No. 3:07-cv-03997-SI
    COMMISSION,
12                                       Chapter 7
                     Plaintiff,          Hon. Susan Illston
13
14  v.
                                         *EX PARTE* APPLICATION FOR
15  COMPASS WEST FUND, LP,               AUTHORITY TO EMPLOY
                                         ACCOUNTANT
                     Defendant.          (Bachecki, Crom & Company, LLP)
16

17
          Lois I. Brady, trustee in bankruptcy of the estate of Compass West Fund, LP, ("Applicant"
18
    or "Trustee"), respectfully represents:
19
          1.     On January 12, 2007, an involuntary petition was filed against Compass West
20
    Fund, L.P. in the United States Bankruptcy Court for the Northern District of California, Oakland
21
    Division, as Chapter 7 Case No. 07-40130 ("Bankruptcy Case").  On February 20, 2007, an order
22
    for relief was entered in the Bankruptcy Case.  On March 22, 2007, the United States Trustee
23
    provided notice of the appointment of Applicant as the trustee of the estate of Compass Fund
24
    Management, LLC.  On August 3, 2007, the Bankruptcy Case was transferred into this Court from
25
    the Bankruptcy Court. The Bankruptcy Case is now pending before this Court, not before the
26
    Bankruptcy Court.  As a result, Applicant is filing this Application in this case, in accordance with
27
    the procedures that would be followed in the Bankruptcy Case.
28

2.    Applicant is the duly appointed, qualified and acting trustee in bankruptcy in the case of Compass West Fund, LP.  Applicant desires to retain Bachecki, Crom & Company, LLP, Certified Public Accountants ("Proposed Accountant"), as her accountant in connection with all matters related to the Chapter 7 proceeding, including, but not limited to:

a)  investigation of recoverable transfers and financial activity of the Debtor;

b)  to analyze as to avoidance issues, if necessary;

c)  to prepare and file tax returns and perform tax analysis;

d)  to analyze the tax impact of potential transactions, if necessary.

3.    Applicant desires to retain Proposed Accountant on the basis of its expertise in bankruptcy accounting and believes that retention of accountant is necessary and would be in the best interests of the estate.

4.    Proposed Accountant is a limited liability partnership. To the best of Applicant's knowledge, except as set forth in the declaration in support of this application filed concurrently ("Declaration") and detailed below, Proposed Accountant has no connection with the debtor, creditors, or any other party in interest, their respective attorneys and/or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, and does not presently represent any interest adverse to the Trustee or to the estate.  Proposed Accountant is a disinterested person.  **Proposed Accountant is applying for employment as accountant for Trustee Paul J. Mansdorf in the related Chapter 7 case of Compass Fund Management, LLC, Bankruptcy Case No. 07-40129.   Additionally, Proposed Accountant discloses the following information in the event that it is considered a connection:  Proposed Accountant serves as the accountants for one of the members of Stromsheim & Associates, the attorney for the Trustee in this case, and also serves as the accountants for one of the members of Luce Forward Hamilton & Scripps, the attorney for the trustee in the related Chapter 7 case of Compass Fund Management LLC.**

5.    Proposed Accountant generally charges on an hourly rate basis. The current rates charged by members of Proposed Accountants that are expected to render the majority of the

415 788 0855

services to Applicant are as follows:

| | |
|---|---|
| Partners | $300-375/hour |
| Senior Accountant | $220-290/hour |
| Junior Accountant | $120-180/hour |

Proposed Accountant's rates are subject to change from time to time, but generally not more than once per year.

6.    As a general rule, Proposed Accountant's billing practices are identical for bankruptcy and non-bankruptcy clients. The hourly rates on which Proposed Accountant bases its fees are generally the same for bankruptcy and non-bankruptcy clients but can be higher for non-court-appointed representations.

7.    Proposed Accountant is in compliance with the Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees. It does not charge for its word processing and incoming telecopy costs. Additionally, Proposed Accountant's office charges $0.20 per page for photocopying.

WHEREFORE, Applicant prays for an Order authorizing the employment of Bachecki, Crom & Company, LLP, as her accountants.

DATED: 10/24/07

By: _Lois J Brady_
Lois I. Brady, Trustee in Bankruptcy of the estate of
Compass West Fund, LP

DATED: 10/30/07          STROMSHEIM & ASSOCIATES

By: _____
REIDUN STROMSHEIM
Attorneys for Lois I. Brady,
Trustee in Bankruptcy of the estate of
Compass West Fund, LP