REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
LOIS I. BRADY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 3:07-cv-03997-SI |
| SECURITIES AND EXCHANGE COMMISSION, | Chapter 7 |
| Plaintiff, | Hon. Susan Illston |
| v. | |
| COMPASS WEST FUND, L.P. | |
| Defendant | |

### CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

1. **EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT**

2. **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT**

3. **[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**

1  on the following parties:

2  U.S. Trustee
   1301 Clay Street, # 690N
3  Oakland, CA  94612

4  by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid,

5  in my firm's service center/mailing department.  I am readily familiar with my firm's business

6  practices, wherein all correspondence received for processing by the mailing department will be

7  deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

8     I declare under penalty of perjury that the foregoing is true and correct.

9     Executed at San Francisco, California, on October 30, 2007.

          /s/   Malreen Prasad
          Malreen Prasad
          Legal Assistant