REIDUN STROMSHEIM #104938
STROMSHEIM& ASSOCIATES
201 California St, Suite 350
San Francisco, CA 94111
Telephone: (415)989-4100
Fax: (415)989-2235
E-Mail: rstromsheim@stromsheim.com

Attorneys for Lois I. Brady, Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COMPASS WEST FUND, LP,<br><br>　　　　　　　Defendant. | Case No. 3:07-cv-03997-SI<br><br>Chapter 7<br>Hon. Susan Illston<br><br>**DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT**<br>(Bachecki, Crom & Company, LLP) |

I, Jay D. Crom, hereby declare:

　　　1. I am a certified public accountant in the State of California, and am a partner in the firm of Bachecki, Crom & Co., LLP, Certified Public Accountants.

　　　2. I have held a license as certified public accountant for over twenty-five (25) years. I also hold a certificate from the Association of Insolvency and Reorganization Advisors as a certified insolvency and reorganization advisor. I also hold a certificate as a Certified Fraud Examiner.

　　　3. The accounting firm has extensive experience in providing financial investigation, tax preparation, bankruptcy accounting and financial advisory services.

　　　4. To the best of my knowledge, information and belief, Bachecki, Crom & Co., LLP ("BCC"), has no connection, except as set forth herein, with any of the parties or interested persons in the within bankruptcy case. BCC discloses the following information in the event that

1  it is considered a connection: **BCC is applying for employment as accountant for Trustee Paul J. Mansdorf in the related Chapter 7 case of Compass Fund Management, LLC, Bankruptcy Case No. 07-40129. Additionally, BCC discloses the following information in the event that it is considered a connection: BCC serves as the accountants for one of the members of Stromsheim & Associates, the attorney for the Trustee in this case, and also serves as the accountants for one of the members of Luce, Forward, Hamilton & Scripps, the attorney for the trustee in the related Chapter 7 case of Compass Fund Management LLC.**

5. Except for employment as accountants for Trustees in unrelated cases in which Debtor counsel is also employed, neither the accounting firm, its members, nor its employees have connections with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, or the United States Trustee or any other person employed by the office of the United States Trustee

6. That the accounting firm is not presently employed by any creditor of the estate; does not hold any interest adverse to the estate; and, the accounting firm, its officers and employees, are disinterested persons as defined by 11 USC sect 101(14), all as required by 11 USC section 327 (a).

The Office of the U.S. Trustee has been served as indicated on the attached Proof of Service by Mail.

I declare under penalty and perjury that the foregoing is true and correct.

Executed in San Francisco, California on 10/23/2007.

JAY D. CROM