REIDUN STROMSHEIM #104938
STROMSHEIM & ASSOCIATES
201 California St, Suite 350
San Francisco, CA 94111
Telephone: (415)989-4100
Fax: (415)989-2235
E-Mail: rstromsheim@stromsheim.com

Attorneys for Lois I. Brady, Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>COMPASS WEST FUND, LP,<br><br>               Defendant. | Case No. 3:07-cv-03997-SI<br><br>Chapter 7<br>Hon. Susan Illston<br><br>**ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**<br>(Bachecki, Crom & Company, LLP) |

LOIS I. BRADY ("Applicant"), the trustee herein, having filed the *Ex Parte* Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 7 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee accountant to:

    a) investigate recoverable transfers and financial activity of the Debtor;

    b) analyze as to avoidance issues, if necessary;

    c) prepare and file tax returns and perform tax analysis;

    d) analyze the tax impact of potential transactions, if necessary.

1  IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act,
2  through its officers and employees, for and on behalf of the trustee and or the estate, to represent
3  them before any taxing authority including the Internal Revenue Service and the California
4  Franchise Tax Board, to receive confidential information, to make written or oral presentations
5  of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which
6  the trustee is by law permitted, regarding any tax matter which may arise during the
7  administration of the estate.

**END OF ORDER**



IT IS SO ORDERED

Judge Susan Illston

COURT SERVICE LIST

Jay D. Crom
Bachecki, Crom & Co. LLP
180 Montgomery Street, Suite 2340
San Francisco, CA 94104


Lois I. Brady
212 Ninth St., Suite 312
Oakland, CA  94607


REIDUN STROMSHEIM #104938
STROMSHEIM& ASSOCIATES
353 Sacramento Street, Suite 860
San Francisco, CA 94111


Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104