UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,, ) | |
| ) | **No. C06-6966 SI** |
| Plaintiff, ) | |
| v. ) | **and Related Cases** |
| ) | |
| VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE, ) | |
| Defendants. ) | |
| and ) | |
| COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE, ) | |
| Relief Defendants. ) | |
| In re: EDWARD SEWON EHEE, ) | **No. C07-3996 SI** |
| Debtor. ) | |
| In re: COMPASS FUND MGMT., LLC, Debtor. ) | **No. C07-3995 SI** |
| In re: COMPASS WEST FUND, L.P., Debtor. ) | **No. C07-3997 SI** |
| AAG ROOSEVELT FUND, L.P., ) | **No. C06-7270 SI** |
| Plaintiff, ) | |
| v. ) | |
| EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, ) | |
| Defendants. ) | |

1

```
1  KEVIN BRADFORD and RICHARD    )    No. C07-4747 SI
   GARMAN,                       )
2           Plaintiffs,          )
   v.                            )
3                                )
   EDWARD SEWON EHEE, VIPER      )
4  CAPITAL MGMT., LLC, COMPASS   )
   FUND MGMT., LLC, ROBERT       )
5  EHEE, ALBERT EHEE, JENNIFER   )
   EHEE,                         )
6           Defendants.          )
                                 )
7  _____)
```

## CLERK'S NOTICE SCHEDULING SETTLEMENT CONFERENCE

**PLEASE TAKE NOTICE** that the above entitled cases have been referred for Settlement Conference to United States Bankruptcy Judge Dennis Montali and Magistrate Judge Bernard Zimmerman. A Settlement Conference is scheduled to take place in San Francisco on **Monday, January 28, 2008, at 9:00 a.m.** A Settlement Conference Order will issue shortly. Plaintiffs are directed to assure that all defendants in their case are notified of this conference.

DATED: December 12, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\REFS.07\SEC.VIPER\RELATED CASES.CLKS NOTICE RE.SC.wpd

2