**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)

| UNITED STATES DISTRICT COURT   NORTHERN   **District of**   CALIFORNIA |
|---|

### Notice of
### Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

[A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on ____1/12/2007____ (date).]
or [A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter_____ on
_____(date) and was converted to a case under chapter 7 on_____ (date).]

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| See Reverse Side for Important Explanations | |
|---|---|
| Debtor(s) (name(s) and address):<br><br>Compass Fund Management, LLC<br>6122 Acacia Av<br>Oakland, CA 94618 | Case Number:  C 07-3995 SI |
| | Last four digits of Social-Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:  71-0874906 |
| All other names used by the debtor(s) in the last 8 years (include trade names):<br><br>Attorney for Debtor(s) (name and address):<br><br>Compass Fund Management, LLC<br>6122 Acacia Av<br>Oakland, CA 94618 | Bankruptcy Trustee (name and address):<br><br>Paul Mansdorf<br>1563 Solano Ave. #703<br>Berkeley, CA 94707<br>(510) 526-5993 |
| Telephone number: | Telephone number: |
| **Meeting of Creditors** | |
| Date:  1/30/2008        Time:        (  ) A. M.<br>                                          (12) P. M. | Location:  Office of the U.S. Trustee<br>1301 Clay St, Room 680N, Oakland, CA 94612 |
| **Creditors May Not Take Certain Actions:** | |

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Clerk's Office:**<br>CLERK U.S. DISTRICT COURT<br>450 GOLDEN GATE AVE., BOX 36060<br>SAN FRANCISCO, CA 94102<br>Telephone number: | **For the Court:**<br>Clerk of the Court:<br><br>_RICHARD W. WIEKING_ |
| Hours Open: | Date:<br>0 9  JAN 2008 |

**EXPLANATIONS**                                                    **B9B (Official Form 9B) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer To Other Side For Important Deadlines and Notices