UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> VIPER CAPITAL MANAGEMENT, ) <br> LLC, COMPASS FUND ) <br> MANAGEMENT, LLC, and EDWARD ) <br> SEWON EHEE, ) <br> ) <br> Defendants. ) <br> and ) <br> ) <br> COMPASS WEST FUND, LP, VIPER ) <br> FOUNDERS FUND, LP, VIPER ) <br> INVESTMENTS, LP, ALBERT ) <br> EHEE, ROBERT EHEE, JENNIFER ) <br> EHEE, ) <br> Relief Defendants. ) <br> _____) | No. C06-6966 SI |
| In re: EDWARD SEWON EHEE, ) <br> Debtor. ) <br> _____) | No. C07-3996 SI |
| In re: COMPASS FUND MGMT., ) <br> LLC, Debtor. ) <br> _____) | No. C07-3995 SI |
| In re: COMPASS WEST FUND, ) <br> L.P., Debtor. ) <br> _____) | No. C07-3997 SI |
| AAG ROOSEVELT FUND, L.P., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EDWARD SEWON EHEE, COMPASS ) <br> FUND MGMT., LLC, COMPASS ) <br> WEST FUND, LP, VIPER CAPITAL ) <br> MGMT., LLC, VIPER FOUNDERS ) <br> FUND, LP, ROBERT EHEE, ) <br> ALBERT EHEE, JENNIFER EHEE, ) <br> ) <br> Defendants. ) <br> _____) | No. C06-7270 SI |

1

|   |   |   |
|---|---|---|
| 1 | KEVIN BRADFORD and RICHARD GARMAN, | No. C07-4747 SI |
| 2 | Plaintiffs, | |
|   | v. | |
| 3 |   | **ORDER EXCUSING PERSONAL ATTENDANCE** |
|   | EDWARD SEWON EHEE, VIPER CAPITAL MGMT., LLC, COMPASS FUND MGMT., LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, | |
| 6 | Defendants. | |

Before the court is the request of Robert Ehee that he be excused from personally attending the settlement conference scheduled for January 28, 2008 at 9:00 a.m.  No opposition was filed by any party.  Good cause appearing, **IT IS ORDERED** that Robert Ehee's personal attendance is **excused** and that Mr. Ehee be available to participate by telephone beginning at 9:00 a.m. on January 28, 2008.

Rulings on the other requests to be excused from attending will be made once the settlement conference statements are lodged with the court.

Dated: January 14, 2008

_/s/ Bernard Zimmerman_
Bernard Zimmerman
United States Bankruptcy Judge

G:\BZALL\-REFS\REFS.08\SEC.VIPER\ORDER EXCUSING PERSONAL ATTENDANCE.EHEE.wpd