UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,,<br><br>Plaintiff,<br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE,<br><br>Defendants.<br>and<br><br>COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE,<br>Relief Defendants. | No. C06-6966 SI |
| In re: EDWARD SEWON EHEE,<br>Debtor. | No. C07-3996 SI |
| In re: COMPASS FUND MGMT., LLC, Debtor. | No. C07-3995 SI |
| In re: COMPASS WEST FUND, L.P., Debtor. | No. C07-3997 SI |
| AAG ROOSEVELT FUND, L.P.,<br><br>Plaintiff,<br>v.<br><br>EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE,<br><br>Defendants. | No. C06-7270 SI |

1

| | |
|---|---|
| KEVIN BRADFORD and RICHARD GARMAN,<br>    Plaintiffs,<br>v.<br><br>EDWARD SEWON EHEE, VIPER CAPITAL MGMT., LLC, COMPASS FUND MGMT., LLC, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE,<br>    Defendants. | No. C07-4747 SI<br><br>**ORDER EXCUSING PERSONAL ATTENDANCE** |

Before the court is the request of Robert Ehee that he be excused from personally attending the settlement conference scheduled for January 28, 2008 at 9:00 a.m. No opposition was filed by any party. Good cause appearing, **IT IS ORDERED** that Robert Ehee's personal attendance is **excused** and that Mr. Ehee be available to participate by telephone beginning at 9:00 a.m. on January 28, 2008.

Rulings on the other requests to be excused from attending will be made once the settlement conference statements are lodged with the court.

Dated: January 14, 2008

                                        /s/ Bernard Zimmerman
                                        Bernard Zimmerman
                                        United States Bankruptcy Judge

G:\BZALL\-REFS\REFS.08\SEC.VIPER\ORDER EXCUSING PERSONAL ATTENDANCE.EHEE.wpd

2