1  Henry G. Wykowski (State Bar No. 068255)
   HENRY G. WYKOWSKI & ASSOCIATES
2  235 Montgomery Street, Suite 657
   San Francisco, CA 94104
3  Telephone: (415) 788-4545
   Facsimile: (415) 788-4546
4

5  Attorneys for Messrs. KEVIN BRADFORD
   and RICHARD GARMAN

RECEIVED

08 JUL -2 PM 12: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>      Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al.,<br><br>      Defendants,<br><br>      and<br><br>COMPASS WEST FUND, et al.,<br><br>      Relief Defendants. | Case No. No. 06-06966 SI<br><br>(Related to Case Nos.<br>C 07-03996 SI;<br>C 07-03995 SI;<br>C 07-03997 SI)<br><br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>      Debtor. | **Case No. C 07-03996 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>      Debtor. | **Case No. C 07-03995 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>      Debtor. | **Case No. C 07-03997 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER      Case No. 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

11 Dated: _____     KEVIN BRADFORD

13 Dated: _____     RICHARD GARMAN

15 I accept this substitution of attorney.

17 Dated: _____     HENRY G. WYKOWSKI & ASSOCIATES

20                                    Henry G. Wykowski
21                                    Attorneys for Plaintiffs
                                       KEVIN BRADFORD and RICHARD GARMAN

22 I consent to the above substitution of attorney.

24 Dated: _____     KIRKLAND & ELLIS, LLP

27                                    Eliot A. Adelson
                                       Attorneys for Plaintiffs
28                                     KEVIN BRADFORD and RICHARD GARMAN

-2-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                Case No. C 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

10 Dated: 6/17/08                                   _____
11                                                  KEVIN BRADFORD

13 Dated: _____                         _____
                                                    RICHARD GARMAN

15 I accept this substitution of attorney.

17 Dated: June 24, 2008                             HENRY G. WYKOWSKI & ASSOCIATES

                                                    _____
20                                                  Henry G. Wykowski
                                                    Attorneys for Plaintiffs
21                                                  KEVIN BRADFORD and RICHARD GARMAN

22 I consent to the above substitution of attorney.

24 Dated: _____                         KIRKLAND & ELLIS, LLP

                                                    _____
                                                    Eliot A. Adelson
                                                    Attorneys for Plaintiffs
28                                                  KEVIN BRADFORD and RICHARD GARMAN

-2-

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.
5
6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.
9
10 Dated: 6/17/08                    [signature]
11                                    KEVIN BRADFORD
12
13 Dated: _____            _____
14                                    RICHARD GARMAN
15
16  I accept this substitution of attorney.
17 Dated: June 24, 2008              HENRY G. WYKOWSKI & ASSOCIATES
18
19                                    [signature]
20                                    Henry G. Wykowski
21                                    Attorneys for Plaintiffs
                                      KEVIN BRADFORD and RICHARD GARMAN
22
23  I consent to the above substitution of attorney.
24 Dated: 6/25/08                    KIRKLAND & ELLIS, LLP
25
26
27                                    [signature]
                                      Eliot A. Adelson
28                                    Attorneys for Plaintiffs
                                      KEVIN BRADFORD and RICHARD GARMAN

-2-

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

*Susan Illston*

SUSAN ILLSTON
United States District Judge

-3-

## PROOF OF SERVICE

I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER          Case No. C 06-06966 SI

1  ///
   Barry Milgram, Esq.
2  Luce Forward, et al. LLP
   121 Spear St., Suite 300
3  San Francisco, CA 94105-1582
   Counsel for Trustee Paul Jordan Mansdorf
4
   Paul J. Byrne, Esq.
5  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
6  San Francisco, CA 94111-3996
   Counsel for Creditor, Roosevelt Fund, L.P.
7
   Betty Ferrero
8  800 Mainberry Drive. #505
   Madera, CA 93637-3325
9
   Richard Garman
10 1 Madrona Street
   Belvedere, CA 94920
11 Unsecured creditor list

12 Tae Noh
   6594 Gillis Drive
13 San Jose, CA 95120-4625
   Unsecured creditor list
14
   Ozcar Multi Strategies LLC
15 787 Seventh Avenue, 3rd Floor
   New York, NY 10019-6146
16 Unsecured creditor list

17 Labor Commissioner
   1515 Clay St., Room 801
18 Oakland, CA 94612-1463
   Gov. agency notified in all bankruptcy cases
19
   U.S. Attorney
20 Civil Division
   450 Golden Gate Ave.
21 San Francisco, CA 94 102-3495
   Gov. agency notified in all bankruptcy cases
22
   State Board of Equalization
23 Collection Dept.
   P.O. Box 942879-000 1
24 Sacramento, CA 94279-0001
   Gov. agency notified in all bankruptcy cases
25
   Joong M. Yang
26 1920 Arrowhead Drive
   Oakland, CA 94611-1461
27 Secured lender subject to 363(f) sale in Ehee bankruptcy case

28

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                                Case No. C 06-06966 SI

///
USBC Manager
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 13, 2008..

                                                                                          Jason P. Clark