Henry G. Wykowski (State Bar No. 068255)
HENRY G. WYKOWSKI & ASSOCIATES
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

Attorneys for Messrs. KEVIN BRADFORD
and RICHARD GARMAN

RECEIVED
08 JUL -2 PM 12:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al.,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>Relief Defendants.<br><br>In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor.<br><br>In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor.<br><br>In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | Case No. No. 06-06966 SI<br><br>(Related to Case Nos.<br>C 07-03996 SI;<br>C 07-03995 SI;<br>C 07-03997 SI)<br><br><br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br><br><br>**Case No. C 07-03996 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02508 SI)<br><br><br>**Case No. C 07-03995 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02507 SI)<br><br><br>**Case No. C 07-03997 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER          Case No. 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

10
11  Dated: _____        KEVIN BRADFORD
12
13  Dated: _____        RICHARD GARMAN
14
15  I accept this substitution of attorney.
16
17  Dated: _____        HENRY G. WYKOWSKI & ASSOCIATES
18
19
20                                      Henry G. Wykowski
                                        Attorneys for Plaintiffs
21                                      KEVIN BRADFORD and RICHARD GARMAN
22
    I consent to the above substitution of attorney.
23
24  Dated: _____        KIRKLAND & ELLIS, LLP
25
26
27                                      Eliot A. Adelson
                                        Attorneys for Plaintiffs
28                                      KEVIN BRADFORD and RICHARD GARMAN

-2-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                Case No. C 06-06966 SI

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: 6/17/08

KEVIN BRADFORD

Dated: _____

RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____

KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

|   |   |
|---|---|
| 1 | Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski |
| 2 | & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th |
| 3 | Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, |
| 4 | facsimile number 415.439.1500. |
| 5 | |
| 6 | All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at |
| 7 | Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, |
| 8 | telephone number (415) 788-4545, facsimile number (415) 788-4546. |

10  Dated: 6/17/08                                   [signature]
11                                                   KEVIN BRADFORD

13  Dated: _____                           _____
14                                                   RICHARD GARMAN

15  I accept this substitution of attorney.

17  Dated: June 24, 2008                             HENRY G. WYKOWSKI & ASSOCIATES

                                                     [signature]
20                                                   Henry G. Wykowski
                                                     Attorneys for Plaintiffs
                                                     KEVIN BRADFORD and RICHARD GARMAN

22  I consent to the above substitution of attorney.

24  Dated: 6/25/08                                   KIRKLAND & ELLIS, LLP

                                                     [signature]
                                                     Eliot A. Adelson
                                                     Attorneys for Plaintiffs
28                                                   KEVIN BRADFORD and RICHARD GARMAN

-2-

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Judge

-3-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER            Case No. C 06-06966 SI

## PROOF OF SERVICE

I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge , IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

1  ///
Barry Milgram, Esq.
2  Luce Forward, et al. LLP
121 Spear St., Suite 300
3  San Francisco, CA 94105-1582
Counsel for Trustee Paul Jordan Mansdorf
4
Paul J. Byrne, Esq.
5  NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
6  San Francisco, CA 94111-3996
Counsel for Creditor, Roosevelt Fund, L.P.
7
Betty Ferrero
8  800 Mainberry Drive. #505
Madera, CA 93637-3325
9
Richard Garman
10  1 Madrona Street
Belvedere, CA 94920
11  Unsecured creditor list

12
Tae Noh
13  6594 Gillis Drive
San Jose, CA 95120-4625
14  Unsecured creditor list

15  Ozcar Multi Strategies LLC
787 Seventh Avenue, 3rd Floor
16  New York, NY 10019-6146
Unsecured creditor list

17
Labor Commissioner
18  1515 Clay St., Room 801
Oakland, CA 94612-1463
19  Gov. agency notified in all bankruptcy cases

20  U.S. Attorney
Civil Division
21  450 Golden Gate Ave.
San Francisco, CA 94 102-3495
22  Gov. agency notified in all bankruptcy cases

23  State Board of Equalization
Collection Dept.
24  P.O. Box 942879-000 1
Sacramento, CA 94279-0001
25  Gov. agency notified in all bankruptcy cases

26  Joong M. Yang
1920 Arrowhead Drive
27  Oakland, CA 94611-1461
Secured lender subject to 363(f) sale in Ehee bankruptcy case

28

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                    Case No. C 06-06966 SI

| | |
|---|---|
| 1 | /// |
| 2 | USBC Manager |
|   | United States Bankruptcy Court |
| 3 | 1300 Clay Street |
|   | P.O. Box 2070 |
| 4 | Oakland, CA 94612-2070 |
| 5 | Judge Leslie Tchaikovsky |
|   | United States Bankruptcy Court |
| 6 | 1300 Clay Street |
|   | P.O. Box 2070 |
| 7 | Oakland, CA 94612-2070 |

   I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 13, 2008..

                                              _____
                                                        Jason P. Clark

-6-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                Case No. C 06-06966 SI